UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

<u>UNITED STATES OF AMERICA</u>   CRIMINAL ACTION

VERSUS   NUMBER <u> 15-289 </u>

<u>LISA VACCARELLA            </u>

SECTION <u>   B      </u>

REQUEST FOR SUBPOENAS

Please issue signed subpoenas as noted below, pursuant to Rule 17 (a) and (c) of the Federal Rules of Criminal Procedure. I hereby certify that the number of subpoenas requested is in accordance with the Federal Rules of Criminal Procedure.

**SUBPOENAS TO TESTIFY AND/OR PRODUCE DOCUMENTS, DATA OR OTHER**

<u>  30 </u> set(s) for Rule 17(a) and 17(c) trial or hearing scheduled on <u>November 5, 2018 at 8:30 a.m.</u>

DATE OF TRIAL/ HEARING

Respectfully Submitted,

<u>/s/ Anna L. Friedberg</u>
<u>3110 Canal Street</u>
<u>New Orleans, LA 70119</u>
<u>Defendant, Lisa Vaccarella</u>
<u>afriedberglaw@gmail.com</u>