**MINUTE ENTRY**
**LEMELLE, J.**
**NOVEMBER 6, 2018**

JS-10:  06:30

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**                                    **CRIMINAL ACTION**

**VERSUS**                                                                          **NO.  15-289**

**ANDRE DOMINICK**                                                    **SECTION "B"**
**DEBRA BECNEL**
**LISA VACCARELLA**

## JURY TRIAL
(Day 2)

Courtroom Deputy:    Isidore Grisoli
Court Reporter:         Jodi Simcox

PRESENT:    Chandra Menon, Tracey Knight, Christine Siscaretti, Asst. U.S. Attorneys
              Paul Fleming, Jr., Counsel for Andre Dominick
              Guy Wall, Sara Lewis, Counsel for Debra Becnel
              Anna Friedberg, Counsel for Lisa Vaccarella
              Andre Dominick, Debra Becnel, Lisa Vaccarella, Defendants

Court begins at 8:45 a.m.
Case called; all present and ready.
Counsel appear for the record.
Government's witnesses: Jason Wolfe, Lashondra Hills, Dominique Stewart, Captain Kenny Sanders, Bonnie Norris, Justin Meyers, sworn and testified.
Exhibits offered and admitted - See Trial Exhibit List.
Court recesses for lunch at 11:00 a.m.; court resumes at 12:08 p.m.
Court breaks from 1:10 p.m. to 1:22 p.m.
Court breaks from 3:23 p.m. to 3:46 p.m.
Trial continued to Wednesday, November 7, 2018 at 8:30 a.m.

Court adjourned at 4:58 p.m.