AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| LISA VACCARELLA | ) | Case No. 15-289 B(3) |
| *Defendant* | ) | |

**SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE**

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court<br>500 Poydras St.<br>New Orleans, LA 70130 | Courtroom No.: | C-501 |
|---|---|---|---|
| | | Date and Time: | 01/21/2020 8:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date: **Dec 19 2019**

William W. Blevins
Name of clerk of court

*Jennifer Schouest*
Deputy clerk's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **Lisa Vaccarella**, who requests this subpoena, are:

Anna L. Friedberg
3110 Canal Street
New Orleans, LA 70119
afriedberglaw@gmail.com
504-444-8557

Case No.   15-289  B(3)

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: