UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 15-289 |
| ANDRE DOMINICK<br>TIMOTHY WILLIAMS<br>DEBRA BECNEL<br>LISA VACCARELLA | SECTION "B" |

## NOTICE OF REARRAIGNMENT AS TO LISA VACCARELLA

Take notice that this criminal case has been set for **REARRAIGNMENT** on **January 16, 2020, at 2:00 p.m.**, before Senior U. S. District Judge Ivan L. R. Lemelle, 500 Poydras Street, Courtroom C-501, New Orleans, LA 70130.

**NOTICE TO DEFENDANTS AND COUNSEL**: After the defendant has entered a guilty plea, the U.S. Probation Office shall complete and provide to the Court a Presentence Investigation and Report (PSI). Any defendant on bond and his or her attorney shall report to the U.S. Probation Office immediately following the conclusion of the rearraignment proceeding for an initial interview and to schedule any subsequent interviews. If a defendant on bond and his or her defense counsel are unable to report to the U.S. Probation Office immediately following the defendant's change of plea, defense counsel must make alternate arrangements with the U.S. Probation Officer prior to leaving the courthouse following the rearraignment proceeding.
**\*\*IMPORTANT NOTE:   PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***
**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date:   January 16, 2020<br>TO:<br>ANDRE DOMINICK<br>c/o USM<br>**COUNSEL FOR DOMINICK:**<br>PAUL CHARLES FLEMING, JR.<br>pfleming@fleminglaw.net<br><br>TIMOTHY WILLIAMS (Bond)<br>**COUNSEL FOR WILLIAMS:**<br>JERROD THOMPSON-HICKS, AFPD<br>CLAUDE KELLY, FPD<br><br>DEBRA BECNEL (Bond)<br>**COUNSEL FOR BECNEL:**<br>GUY E. WALL<br>gwall@wallbulling.com<br>SARA LEWIS<br>slewis@wallbulling.com<br><br>LISA VACCARELLA (Bond)<br>**COUNSEL FOR VACCARELLA:**<br>ANNA LISA FRIEDBERG<br>afriedberglaw@gmail.com | CAROL L. MICHEL, CLERK<br>Issued by:   Kimberly County, Deputy Clerk<br>AUSA:   Chandra Menon, T.A.<br>            Tracey Knight<br>            Christine Siscaretti<br><br>U.S. Marshal<br><br>U.S. Probation Office/Pretrial Services Unit<br><br>**JUDGE LEMELLE**<br><br>**MAGISTRATE JUDGE**<br><br>COURT REPORTER COORDINATOR<br>INTERPRETER: None<br><br>S/A Matt Russell, FBI<br>neworleans@ic.fbi.gov |