UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NUMBER: 15-289 |
| ANDRE DOMINICK, ET AL | * | SECTION: "B" |

**ORDER**

Considering the foregoing,

**IT IS ORDERED** that Sentencing Hearings for the defendants in the above-captioned matter is continued to _____, 2021.

New Orleans, Louisiana, this____day of January 2021.

_____
UNITED STATES DISTRICT JUDGE