UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 15-289 |
| ANDRE DOMINICK ET AL. | * | SECTION: "B" |

### NOTICE OF HEARING

TO:  Mr. Chandra Menon
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130

Please take notice that the undersigned will bring the attached Motion to Motion to Continue Sentencing for hearing before the Honorable Ivan L.R. Lemelle, United States District Judge, 500 Poydras Street, Room C525, New Orleans, Louisiana, at 2 **P.M.** on the **20th** day of **January 2021.**

Respectfully submitted this 4th day of January 2021.

CLAUDE J. KELLY
Federal Public Defender

/s/Jerrod Thompson-Hicks
JERROD THOMPSON-HICKS
Assistant Federal Public Defender
500 Poydras Street
Hale Boggs Federal Building, Room 318
New Orleans, Louisiana 70130
(504)589-7930
E-mail: jerrod_thompson-hicks@fd.org
LA. Bar Roll No. 32729