UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 15-289 |
| ANDRE DOMINICK<br>TIMOTHY WILLIAMS<br>DEBRA BECNEL<br>LISA VACCARELLA | SECTION "B" |

## NOTICE OF SENTENCING AS TO LISA VACCARELLA
(Previously set for 1/20/2021)

Take notice that this criminal case has been reset for **SENTENCING** on **MARCH 10, 2021, at 2:00 p.m.**, before Senior U. S. District Judge Ivan L. R. Lemelle, 500 Poydras Street, Courtroom C-501, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE:   PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***
**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:   February 3, 2021

TO:

ANDRE DOMINICK
c/o USM
**COUNSEL FOR DOMINICK:**
PAUL CHARLES FLEMING, JR.
pfleming@fleminglaw.net

TIMOTHY WILLIAMS (Bond)
**COUNSEL FOR WILLIAMS:**
JERROD THOMPSON-HICKS, AFPD
CLAUDE KELLY, FPD

DEBRA BECNEL (Bond)
**COUNSEL FOR BECNEL:**
GUY E. WALL
gwall@wallbulling.com
SARA LEWIS
slewis@wallbulling.com

LISA VACCARELLA (Bond)
**COUNSEL FOR VACCARELLA:**
ANNA LISA FRIEDBERG
afriedberglaw@gmail.com
ANDREW DUFFY
duffy.andrew.504@gmail.com

CAROL L. MICHEL, CLERK

Issued by:   Dena White, Deputy Clerk

AUSA:   Chandra Menon, T.A.
            Tracey Knight
            Christine Siscaretti

U.S. Marshal

U.S. Probation Office/Pretrial Services Unit

**JUDGE LEMELLE**

**MAGISTRATE JUDGE**

COURT REPORTER COORDINATOR
INTERPRETER: None

S/A Matt Russell, FBI
neworleans@ic.fbi.gov